IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 08-cv-00013-WDM-KLM

RCL PROPERTIES INC, TAX MATTERS PARTNER OF KOZAD PROPERTIES, LTD.

　　Plaintiff,

v.

UNITED STATES OF AMERICA AND THE INTERNAL REVENUE SERVICE.

　　Defendants.

_____

**ORDER**
_____

　　This matter is before me on Plaintiff's Motion for an Order Authorizing Deposit of Funds pursuant to 26 U.S.C. 6226(e). Plainly, such statute does not prescribe or authorize such a deposit as alleged by Plaintiff. Instead, the statute provides that a Plaintiff may file a petition for readjustment in this court but only if the partner filing the petition has deposited with the Secretary of the Treasury, and not with any court. Plaintiff's pleadings and motion certainly suggest that Plaintiff has failed to make such a filing with the Secretary.

　　Accordingly, it is ordered:

　　1. Plaintiff's Motion for Order Authorizing Deposit of Funds (doc. no. 3) and Motion for Corrected Order Authorizing Deposit of Funds (doc. no. 4) are denied; and

　　2. Plaintiff shall show cause on or before January 23, 2008, why this case should not be dismissed without prejudice by reason of the Plaintiff's apparent failure to

make the required deposit with the Secretary of the Treasury, as prescribed by 26 U.S.C. § 6226(e)(1), before Plaintiff's petition was filed.

DATED at Denver, Colorado, on January 8, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge